Cullen
District Judge
Assign. by Clerk's Ofc.

Ballou
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 10 2022
JULIA C. DUDLEY, CLERK
BY: /s/ Hobson
DEPUTY CLERK

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Saunders Franklin
Plaintiff full name

Inmate No. 2020 1777

v.                        CIVIL ACTION NO. 7:22CV127
                          (Assigned by Clerk's Office)

Superintendant Zoneman
Defendant(s) full name(s)

*******************************************************************************

*The mailing address you provide at A: "**where are you now?**" is where the court will send mail to you*

A. **Where are you now?** Facility and Mailing Address  Box 2500
   Staunton, VA. 24401

B. Where did this action take place?  Lynchburg, VA. 24504

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   _____ Yes      ✓ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   _____ Yes      _____ No

   1. If your answer is Yes, indicate the result:
   nothing — they wont respond or let me use tablet to counter with there remedies

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

He have Trained his officers propeilly

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

He hasn't Trained his medical staff properly

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

5 million Dollars

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address **after** I have been released or transferred or my case may be dismissed.

DATED: 3-1-22        SIGNATURE: [signature]

VERIFICATION:
I, Saunders Franklin, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3-1-22        SIGNATURE: [signature]

Saunder Franklin
Box 2500
Staunton, VA.
24401



RICHMOND VA 230
7 MAR 2022 PM 4

US POSTAGE
ZIP 24401 $000.53
02 4W
0000335791 MAR 07 2022

Clerk, UNITED STATES DISTRICT COURT
210 Franklin Road, S.W. SUITE 540
Roanoke, VA. 24011-2208

24011-000340